**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**FIEVEL LEON,**

      **Petitioner,**

  **v.**                           **CIVIL NO. 1:26-CV-58
                                        (KLEEH)**

**ACTING DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,**

      **Respondents.**

<u>**ORDER**</u>

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, petitioner in this case submitted a notice of voluntary dismissal. <u>See</u> ECF Nos. 4.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

**DATED:** June 3, 2026

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA